**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kenneth J. ROE, Respondent.**

**No. 461 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 30, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of July, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 23, 2003, it is hereby

ORDERED that KENNETH J. ROE be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Michael Anthony SHORT.**

**No. 96 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 30, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of July, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 12, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.